WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310-855-3000

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GIDEON AKANDE, derivatively on behalf of XPONENTIAL FITNESS INC.,

Plaintiff,

v.

ANTHONY GEISLER, JOHN MELOUN, JAIR CLARKE, MARK GRABOWSKI, CHELSEA A. GRAYSON, and BRENDA MORRIS,

Defendants,

and

XPONENTIAL FITNESS, INC.,

Nominal Defendant.

CASE NO. 2:24-cv-01928-JWH-KES

Hon. John W. Holcomb
Courtroom 9D, Santa Ana

**ORDER REGARDING JOINT STIPULATION TO CONSOLIDATE DERIVATIVE ACTIONS**

Action Filed: March 10, 2024

PATRICK AYERS, Derivatively on behalf of XPONENTIAL FITNESS, INC.,

Plaintiff,

v.

ANTHONY GEISLER, JAIR CLARKE, MARK GRABOWSKI, CHELSEA A. GRAYSON, BRENDA MORRIS, and JOHN MELOUN,

CASE NO. 2:24-cv-03937-JWH-KES

Action Filed: May 10, 2024

Defendants,

and

XPONENTIAL FITNESS INC.,

Nominal Defendant.

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310-855-3000

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310-855-3000

Upon the Joint Stipulation proposed by plaintiffs Patrick Ayers ("Ayers") and Gideon Akande ("Akande" and collectively, "Plaintiffs"), derivatively on behalf of Xponential Fitness, Inc. ("Xponential" or the "Company"), and John Meloun, Jair Clarke, Mark Grabowski, Chelsea A. Grayson, and Brenda Morris (collectively, the "Individual Defendants") and with nominal defendant Xponential (collectively, "Defendants" and, together with Plaintiffs, the "Parties") in the above-captioned actions (the "Derivative Actions"), and with good cause being shown, the Court hereby **ORDERS** as follows:

1. The Derivative Actions are **CONSOLIDATED** for all purposes (hereafter, the "Consolidated Derivative Action"), including pretrial proceedings, trial, and appeal, and the Consolidated Derivative Action shall bear the following caption:

| | |
|---|---|
| IN RE XPONENTIAL FITNESS, INC. DERIVATIVE LITIGATION | CASE NO. 2:24-cv-01928-JWH-KES |

2. All papers filed in connection with the Consolidated Derivative Action shall be filed only in Case No. 2:24-cv-01928-JWH-KES.

3. The pleadings in the Derivative Actions are hereby **CONSOLIDATED** into the Consolidated Derivative Action.

4. All documents filed and served to date in the Derivative Actions are deemed filed and served and are a part of the record in the Consolidated Derivative Action.

5. The law firms of The Brown Law Firm, P.C. and Levi & Korsinsky, LLP are hereby **APPOINTED** Co-Lead Counsel for Plaintiffs in the Consolidated Derivative Action.

6. Co-Lead Counsel for Plaintiffs shall have the authority to speak for plaintiffs in the Consolidated Derivative Action in all matters regarding pretrial proceedings, trial, and appeal and in settlement negotiations.

7. All of the provisions of the stay ordered on April 3, 2024, in the action captioned *Akande v. Geisler*, Case No. 2:24-cv-01928-JWH-KES (C.D. Cal.), apply to this Consolidated Derivative Action, but the stay is temporarily lifted for the limited purpose of the filing of the Joint Stipulation and the Court entering this Order.

8. The Parties shall assist the Court by calling to the Court's attention any action arising out of the same transactions or occurrences as the Consolidated Derivative Action and asserting direct and/or derivative state law claims and/or derivative claims based on the federal securities laws, whether filed in this Court or transferred here, and Co-Lead Counsel shall assure that counsel therein receive notice of this Stipulation and Order.

9. This Stipulation and Order shall apply to each action arising out of the same transactions or occurrences as the Consolidated Derivative Action and asserting direct and/or derivative state law claims and/or derivative claims based on the federal securities laws, whether filed in, removed to, or transferred to this Court.

10. Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, objections, or arguments, except as expressly provided herein.

**IT IS SO ORDERED**.

Dated: June 24, 2024

Honorable John W. Holcomb
United States District Judge

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310-855-3000