GIBSON, DUNN & CRUTCHER LLP
Michael D. Celio, SBN 197998
mcelio@gibsondunn.com
310 University Ave
Palo Alto, CA 94301
Telephone: 650.849.5300

Attorneys for Nominal Defendant Xponential Fitness, Inc. and Defendants John Meloun, Jair Clarke, Mark Grabowski, Chelsea Grayson, and Brenda Morris

HUESTON HENNIGAN LLP
Thomas A. Zaccaro, SBN 183241
tzaccaro@hueston.com
523 West 6th Street, #400
Los Angeles, CA 90014
Telephone: 213.788.4053

Attorneys for Defendant Anthony Geisler

THE BROWN LAW FIRM PC
Robert C. Moest, SBN 62166
rmoest@gmail.com
2530 Wilshire Blvd., 2nd Floor
Santa Monica, California 90403
Telephone: 310.915.6628

Attorneys for Plaintiff Gideon Akande

LEVI & KORSINSKY LLP
Adam Marc Apton, SBN 316506
aapton@zlk.com
515 South Flower Street, 18th & 19th Floors
Los Angeles, CA 90071
Telephone: 213.985.7290

Attorneys for Plaintiff Patrick Ayers

BRAGAR EAGEL & SQUIRE, P.C.
Melissa A. Fortunato, SBN 319767
fortunato@bespc.com
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071
Telephone: 213.927.5272

Attorneys for Plaintiff Stefanie Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE XPONENTIAL FITNESS, INC. DERIVATIVE LITIGATION

CASE NO. 2:24-cv-01928-JWH-KES

**JOINT STATUS REPORT**

Hon. John W. Holcomb
Courtroom 9D, Santa Ana

Action Filed: March 10, 2024

Pursuant to this Court's Order dated April 3, 2024, Plaintiffs Gideon Akande, Patrick Ayers, and Stefanie Nelson ("Plaintiffs"), Nominal Defendant Xponential Fitness, Inc. ("Nominal Defendant" or "Xponential"), and Defendants Anthony Geisler, John Meloun, Jair Clarke, Mark Grabowski, Chelsea Grayson, and Brenda Morris (collectively, the "Individual Defendants," and with Xponential, "Defendants" and, together with Plaintiffs, the "Parties") respectfully submit the following Joint Status Report "regarding the status of the Securities Litigation, [*City of Taylor General Employees Retirement System v. Xponential Fitness, Inc.*, Case No. 8:24-cv-00285-JWH-KES,] any related derivative action, and any related threatened derivative action of which Defendants become aware." Dkt. 15 ("Stay Order"); *see also* Dkts. 33, 34.

In the Securities Litigation, on May 6, 2025, Lead Plaintiffs Fort Lauderdale Police & Firefighters' Retirement System and City of West Palm Beach Police Pension Fund filed an amended complaint. Sec. Litig., Dkt. 104. On July 1, 2025, the defendants filed a motion to dismiss the amended complaint. *Id.*, Dkt. 112. The plaintiffs filed an opposition to the motion to dismiss on August 29, 2025. *Id.*, Dkt. 122. The defendants filed a reply on October 14, 2025. *See id.*, Dkt. 127. The court held a hearing on defendants' motion to dismiss on December 3, 2025, and took the motion under submission. *See id.*, Dkt. 135. There have been no material updates in the Securities Litigation since the parties' update on June 29, 2026. *See* Dkt. 40.

This Consolidated Derivative Action remains stayed pending the final resolution of the Securities Litigation. There have been no material updates in the Consolidated Derivative Action or related to the books and records and shareholder demands since the parties' update on June 29, 2026. *See* Dkt. 40.

//

//

//

//

//

DATED: September 25, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michael D. Celio*

Michael D. Celio
310 University Ave
Palo Alto, CA 94301
Telephone: 650.849.5300
Facsimile: 650.849.5026

*Attorneys for Nominal Defendant Xponential Fitness, Inc. and Defendants John Meloun, Jair Clarke, Mark Grabowski, Chelsea Grayson, and Brenda Morris*

DATED: September 25, 2026

Respectfully submitted,

HUESTON HENNIGAN LLP

By: */s/ Thomas A. Zaccaro*

Thomas A. Zaccaro
523 West 6th Street, #400
Los Angeles, CA 90014
Telephone: 213.788.4053
Facsimile: 888.775.0898

*Attorneys for Defendant Anthony Geisler*

DATED: September 25, 2026

Respectfully submitted,

THE BROWN LAW FIRM PC

By: */s/ Robert C. Moest*

Robert C. Moest
2530 Wilshire Blvd., 2nd Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897

*Attorneys for Plaintiff Gideon Akande*

DATED: September 25, 2026

Respectfully submitted,

LEVI & KORSINSKY LLP

By: */s/ Correey A. Suk*

Daniel Tepper (admitted *pro hac vice*)
Correy A. Suk (admitted *pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

Adam M. Apton (SBN 316506)
515 South Flower Street, 18th and 19th Floors
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (212) 363-7171

*Attorneys for Plaintiff Patrick Ayers*

DATED: September 25, 2026

Respectfully submitted,

BRAGAR EAGEL & SQUIRE, P.C.

By: */s/ Melissa A. Fortunato*

Melissa A. Fortunato
515 S. Flower Street, Suite 1800
Los Angeles, CA 90071
Telephone: (213) 927-5272
Facsimile: (212) 214-0506

*Attorneys for Plaintiff Stefanie Nelson*

## ATTESTATION (CIVIL LOCAL RULE 5-4.3.4(a)(2)(i))

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: September 25, 2026

GIBSON, DUNN & CRUTCHER LLP

*/s/ Michael D. Celio*
Michael D. Celio